IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF THE ARREST OF | ) | FILED UNDER SEAL |
| Steven Bazemore, SSN: ███████ | ) | Misc. No. _____ |
| Date of Birth: ███████ | ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Special Agent Alexander Gregory Milne, being duly sworn, hereby depose and state as follows:

**OBJECTIVE**

This affidavit is made in support of a criminal complaint and arrest warrant charging STEVEN BAZEMORE (hereinafter "BAZEMORE") with 18 U.S.C. § 286 (Conspiracy to Defraud the Government with Respect to Claims); 18 U.S.C. § 371 (Conspiracy); and 18 U.S.C. § 641 (Theft of Government Funds). Based on the facts set forth in this affidavit, your affiant submits that there is probable cause to believe that BAZEMORE conspired with others to submit false claims for tax refunds, to defraud the Internal Revenue Service, and to commit theft of government funds, and committed theft of government funds.

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent employed by Internal Revenue Service, Criminal Investigation (IRS-CI) in the Washington, D.C. field office. I have been employed with IRS-CI since September 2011. My responsibilities include the investigation of possible criminal violations of the Internal Revenue laws under Title 26 of the U.S. Code and related offenses, particularly as found in Title 18 and Title 31 of the U.S. Code. I have several years of education, training, and experience in the fields of accounting, finance, tax, and criminal investigations. I earned a Bachelor of Business Administration Degree in Management and Organizational Behavior in May 2008. I graduated from the Criminal Investigator Training Program at the

Federal Law Enforcement Training Center in December 2011 and from Special Agent Basic Training at the National Criminal Investigation Training Academy in March 2012. In addition to my nearly four years of experience as a criminal investigator for IRS-CI, I have one and a half years of work experience as an auditor at the Department of the Treasury, Office of the Inspector General. My training and experience have provided me with a working knowledge of finance, accounting, tax law, and criminal investigations. My law enforcement training has included instruction on financial and criminal investigative techniques, as well as tax and criminal law, which includes the identification and development of probable cause to support the execution of arrest, search, and seizure warrants.

2.      Your affiant is involved in an investigation of BAZEMORE, ALVALONZO GRAHAM ("GRAHAM"), and others for alleged violations of federal criminal laws for the period 2006 through the present, to include:

> a.   18 U.S.C. § 286 (Conspiracy to Defraud the Government with Respect to Claims);
>
> b.   18 U.S.C. § 371 (Conspiracy); and
>
> c.   18 U.S.C. § 641 (Theft of Government Funds).

3.      I have uncovered the following background information regarding BAZEMORE: BAZEMORE is a 28-year-old black male with a date of birth of ▇▇▇▇▇▇▇, and Social Security number ▇▇▇▇▇▇. BAZEMORE's last known address is ▇▇▇▇▇▇▇▇▇ Washington, D.C.  BAZEMORE has been issued FBI number ▇▇▇▇▇▇

4.      The information in this affidavit is based on my personal knowledge, as well as my review of records and information provided to me by other law enforcement officers and IRS

and Treasury personnel.  Where the statements of other persons or the contents of documents and

records are related herein, they are related in substance and in part, not verbatim.

5.      This affidavit is intended to show only that there is sufficient probable cause for

the requested arrest warrant and complaint and does not set forth all of my knowledge about this

matter.

## TECHNICAL TERMS

6.      **Internal Revenue Service (IRS)** – The IRS is an agency of the United States

Department of the Treasury and has responsibility for administering provisions of the Internal

Revenue Code.

7.      **Form 1040** – The Form 1040 is the United States Individual Income Tax Return.

8.      **Schedule C** – A Schedule C is a tax form attached to a Form 1040 to report

income or loss from a business operated or a profession practiced as a sole proprietor.  Income

from a Schedule C business is often self-reported and is not typically reported to the IRS by an

independent third party.

9.      **Earned Income Tax Credit (EITC)** – The EITC is a refundable federal income

tax credit for low- to moderate-income working individuals and families.  When the EITC

exceeds the amount of taxes owed, it results in a tax refund to those who claim and qualify for

the credit.  To qualify for the EITC, an individual must have earned income from employment,

self-employment or another source and meet certain requirements.  The amount of an

individual's EITC varies depending on the individual's income and whether the individual has a

qualifying child or children.  An individual claiming to have a qualifying child must include a

schedule certifying the child's name, Social Security number, year of birth, relationship to the

return filer, and the number of months the child has lived with the return filer during the year.

10.     **Adjusted Gross Income (AGI) -** AGI is all of a person's income received over the course of the year, to include Schedule C income, minus adjustments to income.

## PROBABLE CAUSE

11.     At all times relevant herein, IRS Criminal Investigation, Treasury Office of the Inspector General – Office of Investigations, United States Postal Inspection Service, and other federal agencies have been investigating an extensive network of over 130 individuals, many of whom were receiving some type of public assistance, engaged in a massive and sophisticated scheme, in the District of Columbia and elsewhere, involving identity theft and false claims for federal income tax refunds totaling over $42 million.  From approximately 2006 through the present, the co-conspirators caused the filing of at least 12,000 fraudulent federal income tax returns listing one of more than four hundred co-conspirator addresses located in the District of Columbia, Virginia, and Maryland as the "taxpayer" address.  Some of the addresses were used to file more than 100 fraudulent federal income tax returns in a single year.  The fraudulent tax returns were mailed to the IRS via the United States Postal Service.

12.     These tax returns were prepared using the names of various individuals, many of whom had no knowledge that their names and Social Security numbers were being used on such returns.  This investigation has revealed that many individual identities were stolen in order to obtain "taxpayer" information for use in this scheme.  The resulting tax refund checks were made payable to the purported taxpayers listed on the returns and sent to the co-conspirator addresses listed on the returns.  The tax refund checks were either cashed by the co-conspirators or deposited into bank accounts controlled by them.

13.     This identity theft and tax fraud scheme involved several layers of co-conspirators operating at various levels, each receiving financial compensation for his or her particular role in the scheme, including:

      a.     Creating and mailing to the IRS fraudulent individual income tax returns, Forms 1040, which contained:

           i.     Stolen or purchased means of personal identification;

           ii.     False "taxpayer" residential addresses that were, in fact, addresses of co-conspirators;

           iii.     Fraudulently claimed dependents, who were not dependents of the "taxpayer" listed on the income tax returns;

           iv.     False claims that the "taxpayer" operated a Schedule C business, claiming income sufficient to generate a tax refund based on the EITC; and

           v.     Forged "taxpayer" signatures.

      b.     Stealing the personal identifying information of: patients who were incapacitated and residing at nursing facilities, patients receiving treatment at medical facilities, persons who were incarcerated, and deceased persons, which information was used to file the fraudulent individual income tax returns;

      c.     Agreeing to allow their personal identifying information to be used on one or more fraudulent income tax returns;

      d.     Permitting their residential addresses to be used on the fraudulent income tax returns for the delivery of fraudulently obtained U.S. Treasury tax refund checks, in the names of persons who did not in fact reside at the addresses listed;

e.      Stealing fraudulently obtained U.S. Treasury tax refund checks from the mail, including U.S. Postal Service carriers.

f.      Opening bank accounts or using existing bank accounts to negotiate the fraudulently obtained U.S. Treasury tax refund checks, issued in the names of third parties, including identity theft victims;

g.      Forging the endorsements of identity theft victims on the backs of fraudulently obtained U.S. Treasury tax refund checks; and

h.      Abusing their position of employment at a financial institution or money service business to facilitate the negotiation of fraudulently obtained U.S. Treasury tax refund checks.

14.     This identity theft and tax fraud scheme involved inflating AGI, reported on line 37 on the Form 1040 U.S. Individual Income Tax Return, by creating and utilizing an attached Schedule C to reflect income sufficient to generate a tax refund based on the EITC.  A review of the suspect tax returns shows template returns were created, photocopied, and submitted in mass mailings to various IRS Service Centers, fraudulently reporting the same Schedule C businesses and claiming the same refunds based upon the EITC.

15.     As set forth below, BAZEMORE, GRAHAM, and others are believed to be co-conspirators in the above-described scheme.

## ALVALONZO GRAHAM

16.     On March 18, 2014, U.S. District Court Judge Ellen Huvelle accepted GRAHAM's guilty plea to his involvement in the above-described scheme.  GRAHAM admitted that beginning on or about January 14, 2011, and continuing until on or about July 12, 2012,

GRAHAM prepared and mailed to the IRS fraudulent Forms 1040 and negotiated fraudulently obtained U.S. Treasury tax refund checks in the names of third parties.

17.     As part of his guilty plea, GRAHAM also admitted that one of his co-conspirators was BAZEMORE and that he wrote checks totaling approximately $53,700 from his Capital One bank account to the payment of BAZEMORE.

18.     Records from Capital One Bank show that GRAHAM opened a personal checking account #XXXXXX8686 at Capital One in Washington, D.C., on January 13, 2011. The account was open until November 2012, during which time GRAHAM was the only authorized signatory on the account.

19.     The Capital One records show that from on or about April 15, 2011, through May 17, 2012, GRAHAM deposited at least 97 U.S. Treasury tax refund checks totaling approximately $424,000 into checking account #XXXXXX8686. These 97 checks were made payable to 74 different payees. The checks were purportedly endorsed by the payees and then double-endorsed over to GRAHAM. The 97 U.S. Treasury tax refund checks were mailed to approximately 46 different addresses in the District of Columbia and Maryland. These 46 addresses have been identified as recipient addresses of fraudulently obtained U.S. Treasury tax refund checks in the tax fraud conspiracy described herein.

20.     The Capital One records also show that between April 2012 and July 2012, 12 personal checks totaling approximately $53,700 were made payable to BAZEMORE from account #XXXXXX8686.

21.     GRAHAM admitted during an interview with agents his participation in the tax refund conspiracy and advised that he recruited BAZEMORE to participate in the conspiracy.

22.     At the time of the aforementioned interview, GRAHAM was hoping to obtain a reduction in sentence by attempting to provide "substantial assistance" in the investigation and prosecution of others, as part of his plea agreement, but he later decided not to cooperate and received no credit for "substantial assistance" at his sentencing.  In addition to his conviction in this matter for Conspiracy to Defraud the Government with Respect to Claims, in violation of 18 U.S.C. § 286, GRAHAM was also convicted in 2007 in D.C. Superior Court of Attempted Possession with Intent to Distribute Ecstasy.

## STEVEN BAZEMORE

### 2013 Interview of BAZEMORE and Search of His Residence

23.     On or about January 29, 2013, a federal search warrant was executed at BAZEMORE's address at ███████████████████████ in Washington, D.C ("BAZEMORE's address").  Agents seized several items from the room in which BAZEMORE admitted to being the sole occupant, including the following:

  i.      Multiple blank and partially completed IRS Form 1040s;

  ii.     Several envelopes addressed to the IRS with a name and return address other than BAZEMORE and BAZEMORE's address;

  iii.    Several empty envelopes used by the U.S. Treasury to mail refund checks;

  iv.     BAZEMORE's cellphone, which included text messages between him and co-conspirators, including GRAHAM, regarding their conspiracy; and

  v.      A notebook containing several pages of handwritten names and Social Security numbers.  Written next to several of the names and Social Security numbers are various mailing addresses.

24.     Department of Treasury and IRS records show that U.S. Treasury tax refund checks associated with the conspiracy were fraudulently obtained using names, Social Security numbers, and mailing addresses found during the search warrant.  For example, the name and Social Security number of "J.M." was on a list of multiple names and Social Security numbers. Multiple tax returns filed with the IRS in BAZEMORE's own name claimed "J.M." as a dependent.  Multiple 2010 tax returns filed with the IRS in the names of other purported taxpayers, whose names, Social Security numbers, and/or address information was found on documents seized during the search warrant, also claimed "J.M." as a dependent.

25.     During the execution of the search warrant, BAZEMORE agreed to participate in a non-custodial interview with agents.

26.     BAZEMORE told agents that he was shown by others how to write the information on tax returns and submit them to the IRS.  BAZEMORE stated that he was approached and had been filling out tax returns since approximately April 2012, and he received $100 each time he completed a tax return.

27.     BAZEMORE stated that he was helping approximately three different individuals by filling out the tax returns.  BAZEMORE stated that he typically completed Forms 1040 for prior tax years and the bulk of the returns that he completed were for tax year 2010.

28.     BAZEMORE stated that he received information on a piece of paper that contained the name, Social Security number, and address to be used when he filled out the returns.  BAZEMORE admitted filling out approximately 30 sets of tax returns.

29.     BAZEMORE stated he had a PNC account and that people who received their checks would come to him to get their checks cashed.  BAZEMORE stated he would take the individual to the bank and assist them with cashing the check.  BAZEMORE indicated that he

would wait for the check to clear and then give the money to the person who had the check minus a 3% fee that he charged for cashing the checks.  BAZEMORE stated he may have deposited checks that came as a result of him filling out the Forms 1040.  BAZEMORE stated he deposited and cashed approximately 10 checks into his PNC account.  BAZEMORE stated he twice obtained cashier's checks for approximately 13-14 thousand dollars to give money to the "check cashers."

30.     BAZEMORE admitted that he also used his own personal information to receive a check for approximately $4,900.  BAZEMORE stated he kept all of the proceeds from that check except for the money that he paid for the "siblings".  BAZEMORE explained that he had to pay $500 for each dependent that he listed as his on the tax form to get the refund.  BAZEMORE stated that the "siblings" were not his dependents.  BAZEMORE also stated that the wage information was already printed on the return and was not anything which he had worked to earn.  BAZEMORE was shown a Treasury tax refund check #3158-00309386 in the amount of $4,946 issued for tax year 2009 and a tax refund check #3158-00309385 in the amount of $2,849 issued for tax year 2008.  BAZEMORE admitted that the signatures on both checks were his signatures.  BAZEMORE stated "a guy that I know from the neighborhood" filled out the forms for these refunds.

31.     BAZEMORE was asked about a number of personal checks written to him from the account of GRAHAM.  BAZEMORE stated that he did not fill out the Forms 1040 for GRAHAM.  BAZEMORE stated that GRAHAM gave him money for other favors, but would not say what those favors were.  BAZEMORE said that he "maybe washed the money for him." BAZEMORE claimed he was providing agents a hypothetical reason for why he received money from GRAHAM.

32.     BAZEMORE told Agents that he knew that what he had done was unlawful and against the law and that "I am not innocent at all."

33.     At the conclusion of the interview BAZEMORE provided a written "voluntary sworn statement" acknowledging his involvement in the conspiracy.  As part of the statement, BAZEMORE wrote that "what I did was wrong & unlawful."

BAZEMORE's PNC Bank Accounts

34.     Agents obtained and reviewed records maintained by PNC Bank regarding accounts #XXXXXX6609 and #XXXXXX6625, both personal checking accounts opened in the name of STEVEN BAZEMORE.  The accounts were opened on July 16, 2012.  The only authorized signatory on both of the accounts was STEVEN BAZEMORE.  The reported residential address for these accounts and all bank correspondence was BAZEMORE's address on ████████████████████████ in Washington, D.C.

35.     Bank account records show twenty deposits of third-party U.S. Treasury tax refund checks totaling $74,855.28 into account #XXXXXX6609 and two deposits of third-party U.S. Treasury tax refund checks totaling $8,057.55 into account #XXXXXX6625 between July 2012 and September 2012.  The checks were purportedly endorsed by the payees and then double-endorsed over to BAZEMORE.  The payee and address information on several of the deposited checks matched names and corresponding addresses on notebook pages seized during the search of BAZEMORE's address.

36.     Debits from account #XXXXXX6609 include 37 ATM cash withdrawals totaling $18,236.16, branch withdrawals totaling $46,000, and various check card purchases.  Debits from the account #XXXXXX6625 include 3 ATM withdrawals totaling $1,506 and transfers to Account #XXXXXX6609.

37.     A tax identification number, XXX-XX-0312, was provided when the accounts

listed above were opened.  Government databases confirmed that this number was the Social

Security number issued to BAZEMORE by the Social Security Administration.

38.     A sample of the addresses on nine of the twenty-two checks deposited into

BAZEMORE's PNC accounts is listed in the table below:

| Address | Number of Checks Deposited into BAZEMORE's PNC accounts | Total |
|---|---|---|
| ████████████████, Washington, DC ████ | 1 | $2,883.68 |
| ████████████████████████ | 5 | $24,756.00 |
| ████████████████ Washington, DC ████ | 1 | $3,508.00 |
| ████████████████ Washington DC ████ | 1 | $2,077.00 |
| ████████████ Washington DC ████ | 1 | $2,077.00 |
| **Total** | **9** | **$35,301.68** |

39.     Department of Treasury records show a large number of checks consistent with

the conspiracy described herein were mailed to the same addresses as the checks deposited into

BAZEMORE's PNC accounts:

| Address | Number of Checks Issued by U.S. Treasury | Total |
|---|---|---|
| ████████████ Washington, DC ████ | 90 | $245,199.57 |
| ████████████████████████ | 11 | $49,563.13 |
| ████████████ Washington, DC ████ | 10 | $37,737.22 |
| ████████████ Washington DC ████ | 20 | $89,841.81 |
| ████████████ Washington DC ████ | 6 | $25,092.65 |
| **Total** | **147** | **$447,434.38** |

<u>Tax Returns and Refund Checks Associated with BAZEMORE's Address</u>

40.     Department of Treasury records also show that seven U.S. Treasury tax refund

checks totaling $28,145.98 were mailed to BAZEMORE's address on ████████████████████

in Washington, D.C., between August 2011 and April 2012.  All seven checks are consistent

with the conspiracy described herein, and only two of the seven checks listed BAZEMORE as the payee.

41.     On or about January 31, 2014, the IRS Service Center located in Kansas City, Missouri, received a tax year 2012 Form 1040 filed in the name of STEVEN BAZEMORE.  The return lists BAZEMORE's Social Security number and ███████████ address.  The return shows Schedule C income of $18,084, two dependents, and requests a refund of $5,015 based entirely on the EITC and additional child tax credits. The return also shows areas that appear to have been whited out prior to the Form 1040 having been photocopied.

## CONCLUSION

Based on the foregoing, affiant respectfully requests that this Court issue the following:

a.     A criminal complaint charging STEVEN BAZEMORE with committing offenses in violation of 18 U.S.C. § 286 (Conspiracy to Defraud the Government with Respect to Claims); 18 U.S.C. § 371 (Conspiracy); and 18 U.S.C. § 641 (Theft of Government Funds); and

b.     An arrest warrant for STEVEN BAZEMORE.


_____
Alexander Gregory Milne, Special Agent
Internal Revenue Service - CI


Subscribed to and sworn to before me
on this _____day of March, 2016.


_____
UNITED STATES MAGISTRATE JUDGE